UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEDDI LINDBERG,

    Plaintiff,

    v.

WELLS FARGO BANK N.A., et al.,

    Defendants.

_____/

No. C 13-0808 PJH

**JUDGMENT**

    The court having dismissed the complaint pursuant to Federal Rule of Civil Procedure 41(b),

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    **IT IS SO ORDERED.**

Dated: December 19, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge