IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HEDDI LINDBERG,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., *et al.*

    Defendants.

/

No. C 14-02544 WHA

No. C 13-00808 PJH

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

    Defendant Wells Fargo identified *Lindberg v. Wells Fargo Bank, N.A.*, 13-00808 PJH, as a related action (Dkt. No. 8). As both actions involve the same parties and property (3 Summit Street, San Francisco, California 94112), this action is referred to Judge Phyllis Hamilton to determine relation. **CIVIL L.R. 3-12.**

    **IT IS SO ORDERED.**

Dated: June 9, 2014.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE